DAS
F.#2006R00107

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

JESSY HERRIOTT,

          Defendant.

- - - - - - - - - - - - - - - - -X

U N S E A L I N G
O R D E R

Cr. No. 07-M-578

Upon the application of ROSLYNN R. MAUSKOPF, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Daniel Spector, for an order unsealing the complaint in the above-captioned matter,

WHEREFORE, it is ordered that the complaint in the above-captioned matter be unsealed.

Dated:   Brooklyn, New York
         May 15, 2007

HONORABLE
UNITED ST.
EASTERN D.