| CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL (5-99) | | | | |
|---|---|---|---|---|
| 1. CIR./DIST./ DIV. CODE<br>EDNY | 2. PERSON REPRESENTED<br>Jessy Herriott | | VOUCHER NUMBER | |
| 3. MAG. DKT./DEF. NUMBER<br>07-578M | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER | |
| 7. IN CASE/MATTER OF (Case Name)<br>USA v. Herriott | 8. PAYMENT CATEGORY<br>☒ Felony ☐ Petty Offense<br>☐ Misdemeanor ☐ Other<br>☐ Appeal | 9. TYPE PERSON REPRESENTED<br>☒ Adult Defendant ☐ Appellant<br>☐ Juvenile Defendant ☐ Appellee<br>☐ Other | 10. REPRESENTATION TYPE<br>(See Instructions)<br>CC | |

11. OFFENSE(S) CHARGED (Cite US. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense.*

18USC1343

12. ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix),
AND MAILING ADDRESS and social security #_____

Michael Marinaccio
245 Main Street
White Plains, NY 10601

Telephone Number: 914-761-0707

14. NAME AND MAILING ADDRESS OF LAW FIRM (Only provide per instructions)

13. COURT ORDER
☒ O Appointing Counsel     ☐ C Co---Counsel
☐ F Subs For Federal Defender   ☐ R Subs For Retained Atty.
☐ P Subs For Panel Attorney   ☐ Y Standby Counsel

Prior Attorney's Name: _____
Appointment Date: _____
☐ Because the above-named person represented has testified under oath or has otherwise satisfied this Court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case, OR
☐ Other(See Instructions)

Signature
May 15, 2007
Date of ...
Repayment or partial ...
at the time of appoint...

| CLAIM FOR SERVICES AND EXPENSES | | | | |
|---|---|---|---|---|
| CATEGORIES (Attach *itemization of* services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | | ADDITIONAL REVIEW |
| 15. In Court | a. Arraignment and/or Plea | | | |
| | b. Bail and Detention Hearings | | | |
| | c. Motion Hearings | | | |
| | d. Trial | | | |
| | e. Sentencing Hearings | | | |
| | f. Revocation Hearings | | | |
| | g. Appeals Court | | | |
| | h. Other (Specify on additional sheets) | | | |
| | (RATE PER HOUR = $____) TOTALS: | | | |
| 16. Out of Court | a. Interviews and Conferences | | | |
| | b. Obtaining and reviewing records | | | |
| | c. Legal research and brief writing | | | |
| | d. Travel time | | | |
| | e. Investigative and other work (Specify on additional sheets) | | | |
| | (RATE PER HOUR = $____) TOTALS: | | | |
| 17. | Travel Expenses (lodging, parking, meals, mileage etc.) | | | |
| 18. | Other Expenses (other than expert, transcripts, etc.) | | | |
| GRAND TOTALS (CLAIMED AND ADJUSTED): | | | | |

| 19 CERTIFICATION OF ATTORNEY PAYEE FOR THE PERIOD OF SERVICE<br>FROM: _____ TO: _____ | 20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION | 21. CASE DISPOSITION |
|---|---|---|

22. CLAIM STATUS   ☐ Final Payment   ☐ Interim Payment Number _____   ☐ Supplemental Payment
Have you previously applied to the court for compensation and/or reimbursement for this case? ☐ YES ☐ NO If yes, were you paid? ☐ YES ☐ NO
Other than from the Court have you or to your knowledge has anyone else, received payment (*compensation* or *anything of value*) from any other source in connection with this representation? ☐ YES ☐ NO If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.

Signature of Attorney _____   Date _____

| APPROVED FOR PAYMENT - COURT USE ONLY | | | | |
|---|---|---|---|---|
| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25 TRAVEL EXPENSES | 26 OTHER EXPENSES | 27. TOT. AMT. APP./CERT |
| 28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | | | DATE | 28a. JUDGE/MAG. JUDGE CODE |
| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31.TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) *Payment approved in excess of the statutory threshold amount.* | | | DATE | 34a. JUDGE CODE |